**Electronically Filed
Supreme Court
SCWC-22-0000636
07-DEC-2023
01:35 PM
Dkt. 21 OCOR**

SCWC-22-0000636

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF THE P CHILDREN

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000636; FC-S NO. 19-1-0083 and FC-S NO. 19-1-0084)

ORDER OF CORRECTION
(By: Eddins, J.)

Upon consideration of the Motion to Correct December 7, 2023 Order, filed on December 7, 2023,

It is ordered that the document filed at Docket 16, is corrected as follows:

On page 1, second paragraph, line 1, the name "Michael" is deleted and replaced with "Matthew."

DATED:  Honolulu, Hawaiʻi, December 7, 2023.

/s/ Todd W. Eddins

Associate Justice

